IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER GLASS, ) | |
| Reg. No. 23934-001, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:14-CV-1208-WKW |
| v. ) | [WO] |
| ) | |
| COMMISSIONER KIM ) | |
| THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 18, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and Plaintiff's case is DISMISSED without prejudice due to Plaintiff's failure to comply with court orders and failure to properly prosecute this action.

An appropriate final judgment will be entered separately.

DONE this 13th day of March, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE